# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**v.**                                **CASE NO. 4:23-CR-00100-BSM**

**RODNEY MAURICE RAGLIN**
**Reg. No. 23706-009**                                                      **DEFENDANT**

### ORDER

Rodney Raglin's motion for compassionate release [Doc. No. 74] is denied because there are not extraordinary and compelling circumstances to warrant early release. *See* 18 U.S.C. § 3582(c)(1)(A).

Raglin pled guilty to being a felon in possession of a firearm and was sentenced to 84 months imprisonment. Doc. Nos. 39, 50, 51. After serving approximately seven months, Raglin seeks compassionate release due to his medical conditions, including diabetes, high blood pressure, congestive heart failure, and kidney, foot, disability, and mobility problems; he is confined to a wheelchair. Doc. No. 74. The motion is denied because Raglin's conditions are not extraordinary or compelling reasons justifying compassionate release. This is true because Raglin fails to show his conditions substantially diminish his ability to care for himself, that he is not receiving the medical care he requires, or that his condition is terminal. Even if there were extraordinary circumstances, release is not appropriate because the nature of Raglin's charges and violent criminal history indicates he is a danger to the community. *See* PSR ¶¶ 6–9.

Finally, the section 3553(a) factors were considered at sentencing and nothing in the record supports a reduction.  *See United States v. Ram*, No. 5:13-CR-50045, 2020 WL 3100837, at * 3 (W.D. Ark. June 11, 2020) (no reason to revisit section 3553(a) factors when movant has not met his burden of showing extraordinary and compelling reasons to justify release).

Raglin's request for appointment of counsel is also denied.

IT IS SO ORDERED this 30th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE